| CR 12 (Rev. 6/82) | WARRANT FOR ARREST | | |
|---|---|---|---|
| **United States District Court** | DISTRICT  SOUTHERN DISTRICT OF NEW YORK | | |
| UNITED STATES OF AMERICA  v.  GHULAM MEHMOOD, a/k/a "Mama," a/k/a "Zafar" | DOCKET NO.  S1 07 Cr. 711 | MAGISTRATE'S CASE NO. | |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED  GHULAM MEHMOOD, a/k/a "Mama," a/k/a "Zafar" | | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court  X Indictment   ☐ Information   ☐ Complaint | | | |
| | DISTRICT OF ARREST  Southern District of New York | | |
| TO:  ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY  New York, NY | | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Identity Document Fraud, Credit Card Fraud, Bank Fraud, Wire Fraud, Money Laundering, Conspiracy

| IN VIOLATION OF | UNITED STATES CODE TITLE  18 | SECTION  1028, 1028A, 1029, 1349, 1343, 1344, 1956, 2 |
|---|---|---|
| ANDREW J. PECK  UNITED STATES MAGISTRATE JUDGE  SOUTHERN DISTRICT OF NEW YORK | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY  HON. HENRY B. PITMAN | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED  AUG 1 3 2007 |
| CLERK OF COURT  J. MICHAEL MCMAHON | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  08/15/07  DATE EXECUTED  08/15/07 | NAME AND TITLE OF ARRESTING OFFICER  KATHRYN T. WALMSLEY  FBI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

AUG 15 2007