Sep 05 2007 5:21PM  Donald duBoulay  1-212-941-7108  p.2
09/05/2007 17:19 FAX 212 935 4514  GALLET DRYER BERKEY  ☒002/002
Case 1:07-cr-00711-LAP  Document 74  Filed 09/06/2007  Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GHULAM MEHMOOD,

Defendant.

Case No.: 07 Cr. 711 (LAP)

## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Roger L. Stavis, Esq. of the law firm of Gallet Dreyer & Berkey, LLP shall be substituted for Donald D. Duboulay, Esq., as counsel for the defendant, Ghulam Mehmood. Facsimile copies of this stipulation shall be acceptable.

Dated: New York, New York
September 5, 2007

_____
Roger L. Stavis, Esq.
GALLET DREYER & BERKEY, LLP
845 Third Avenue, 8th Floor
New York, New York 10022
Tel.  (212) 935-3131
Fax  (212) 935-4514
rls@gdblaw.com

_____
Donald D. Duboulay, Esq.
Law Offices of Donald D. Duboulay
401 Broadway
New York, New York 10013
(212) 966-3970

_____
Ghulam Mehmood

W:\20053\001\memo\00141022.WPD