AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

UNITED STATES OF AMERICA

-v-

TAHIR ALI KAHN, GHULAM MEHMOOD, et al.

**APPEARANCE**

Case Number:  07 CR. 711 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GHULAM MEHMOOD

I certify that I am admitted to practice in this court.

September 24, 2007
Date

*[signature]*
Signature

Roger L. Stavis (7666)
Print Name                                        Bar Number

Gallet Dreyer & Berkey, LLP
Address

845 Third Avenue, New York, New York 10022
City                      State              Zip Code

(212) 935-3131            (212) 935-4514
Phone Number                              Fax Number